**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARLOS RODRIGUEZ,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:15-cv-10-Orl-22TBS**

**FIAMMA, INC.,**

       **Defendant.**

**ORDER**

This cause is before the Court on the Renewed Joint Motion for Approval of Parties' Settlement Agreement (Doc. No. 22) filed on May 21, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 22, 2015 (Doc. No. 24), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Parties' Settlement Agreement (Doc. No. 22) is hereby GRANTED. The Court APPROVES the parties' Settlement Agreement and Release.

3. The parties' Joint Motion for Approval of Parties' Settlement Agreement (Doc. No. 20) is DENIED as moot.

4. This case is DISMISSED WITH PREJUDICE.

5.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties